United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

# SEALED HEARING MINUTES AND ORDER

**Cause Number**: 15CR204-02

**Style**:  United States of America v. Bahram Mechanic, *et al.,*

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Mark McIntyre/ Craig Feazel | Government |
| Joel Androphy | Defendant Bahram Mechanic |
| David Gerger/Samy Khalil | Defendant Khosrow Afghahi |
| Kent Schaffer/James Kennedy | Defendant Tooraj Faridi |
| Neal Davis III | Defendant Smart Power Systems Inc. |

**Date**: January 15, 2016        **ERO**:  Not on record
**Time**: 1:48 p.m. - 1:58 p.m.        **Interpreter**:

**At the hearing the Court made the following rulings**:

Telephone conference held. Court is updated on status of case.

**SIGNED** at Houston, Texas this 15th day of January, 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE